UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21762-CIV-GRAHAM/O'SULLIVAN

EVA G. SZIRANYI,

    Plaintiff,

v.

ALLAN R. DUNN, M.D., P.A.,
a Florida profit corporation and
ALLAN R. DUNN, M.D., individually,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Defendant's Response to Plaintiff's Motion to Compel (DE # 49, 12/27/07). This response having failed to comply with Judge Graham's Discovery Procedure (see attached Discovery Procedures), it is

ORDERED AND ADJUDGED that Defendant's Response to Plaintiff's Motion to Compel (DE # 49, 12/27/07) is STRICKEN from the record.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **27th** day of December, 2007.

                                                        JOHN J. O'SULLIVAN
                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## DISCOVERY AND SANCTIONS PROCEDURE FOR
## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery and sanctions procedures apply to all civil cases assigned to United States District Judge Donald L. Graham.

If parties are unable to resolve their discovery disputes without Court intervention or wish to seek sanctions, Magistrate Judge John J. O'Sullivan will hold a regular discovery and sanctions calendar every Thursday, from 9:30 a.m. to 11:00 a.m. in the South Courtroom, United States Courthouse, 2nd Floor, 300 N.E. First Avenue.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar.

A matter must be placed on the calendar by contacting Magistrate Judge O'Sullivan's Chambers no later than three (3) days prior to the calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery or sanctions matter to be heard. No more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order or motions for sanctions shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith, or if otherwise warranted.